1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    JUNIOR HOLT,                                    1:10-cv-00496-GSA (PC)

10            Plaintiff,                             ORDER TO SUBMIT APPLICATION
                                                     TO PROCEED IN FORMA PAUPERIS
11        vs.                                        OR PAY FILING FEE WITHIN 45 DAYS

12   CALIFORNIA DEPARTMENT OF
     CORRECTIONS MEDICAL
13   DEPARTMENT, et al.,

14            Defendants.
                                            /
15

16        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

17   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted a current application to proceed in

18   forma pauperis – while Plaintiff did submit a document entitled "Motion and Declaration Under

19   Penalty of Perjury in Support of Motion to Proceed In Forma Pauperis," it is neither the current, nor

20   correct form pursuant to 28 U.S.C. § 1915.[1]

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.    The Clerk of the Court is to serve Plaintiff with a copy of the current prisoner

23              application to proceed in forma pauperis;

24        2.    Within forty-five (45) days of the date of service of this order, Plaintiff shall submit

25              the attached application to proceed in forma pauperis, completed and signed, or in the

26              alternative, pay the $350.00 filing fee for this action**; no requests for extension will**

27   _____

28        [1] At least a portion of the form Plaintiff submitted appears to be a form approved by the Judicial Counsel of
     California for actions brought in state superior court.

                                            -1-

1    **be granted without a showing of good cause**;

2    3.    If Plaintiff chooses to submit the attached application to proceed in forma pauperis,

3          within sixty (60) days of the date of service of this order, Plaintiff shall submit a

4          certified copy of his/her prison trust statement for the six month period immediately

5          preceding the filing of the complaint; and

6    4.    **Failure to comply with this order will result in dismissal of this action.**

7

8    IT IS SO ORDERED.

9    **Dated:    March 22, 2010**                      _____/s/ **Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-