1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JUNIOR HOLT,                                1:10-cv-00496-SKO (PC)

12              Plaintiff,                       SECOND ORDER TO SUBMIT
                                                 APPLICATION TO PROCEED IN
13         vs.                                   FORMA PAUPERIS OR PAY FILING
                                                 FEE WITHIN 45 DAYS
14  CALIFORNIA DEPARTMENT OF
    CORRECTIONS MEDICAL
15  DEPARTMENT, et al.,

16              Defendants.
    _____/
17

18         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19  1983.  On March 23, 2010, the Court issued an Order directing Plaintiff to submit an application to

20  proceed in forma pauperis or pay the $350.00 filing fee.  The required application was attached to

21  said Order.  While Plaintiff has submitted a "prison certificate" and a prisoner trust fund account

22  statement, he has not completed and filed the application to proceed in forma pauperis as directed by

23  the March 23, 2010, Order.

24         Accordingly, IT IS HEREBY ORDERED that:

25         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

26  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

27  the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

28  **showing of good cause**.

                                            -1-

1       **Failure to comply with this order will result in a recommendation that this action be**

2 **dismissed.**

3

4 IT IS SO ORDERED.

5 **Dated:**    **May 21, 2010**                         **/s/ Sheila K. Oberto**

6                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28